# ELECTRONIC RECORD

| | | | |
|---|---|---|---|
| **COA #** | 02-15-00145-CR | **OFFENSE:** | OTHER CRIMINAL |
| **STYLE:** | Johnathan Cooper v. The State of Texas | **COUNTY:** | Tarrant |
| **COA DISPOSITION:** | DISMISSED | **TRIAL COURT:** | 297th District Court |
| **DATE:** 06/18/15 | Publish: NO | **TC CASE #:** | 1031532D |

# IN THE COURT OF CRIMINAL APPEALS

| | |
|---|---|
| **STYLE:** Johnathan Cooper v. The State of Texas | **CCA #:** 895-15 |
| _____PRO SE_____ Petition | **CCA Disposition:** _____ |
| FOR DISCRETIONARY REVIEW IN CCA IS: | **DATE:** _____ |
| REFUSED | **JUDGE:** _____ |
| **DATE:** 11/18/2015 | **SIGNED:** _____ **PC:** _____ |
| **JUDGE:** Per Curiam | **PUBLISH:** _____ **DNP:** _____ |

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**